UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| C.W., as Next Friend of § | | |
| C.W., a Minor, § | | |
| § | | |
| Plaintiff, § | | |
| v. § | | CIVIL ACTION NO. |
| § | | |
| SCOTT ASH JAMES ZIRUS, § | | SA-10-CV-1044 OG (NN) |
| CAMP STEWART FOR BOYS, INC., § | | |
| AMERICAN INSTITUTE FOR FOREIGN § | | |
| STUDY, INC., d/b/a CAMP AMERICA, § | | |
| § | | |
| Defendants. § | | |

## ORDER RE MOTION TO EXTEND TIME TO RESPOND TO INITIAL DISCLOSURES
## (DOCKET ENTRY 47)

The matter before the court is the motion to extend time to respond to initial disclosures and the response in opposition (docket entries 47 and 48). By the motion defendant Camp Stewart for Boys, Inc. asks the court to extend the time for service of initial disclosures until 30 days after ruling on the pending motion to dismiss. In its motion to dismiss Camp Stewart argues that there is no basis for federal question jurisdiction and that this Court should decline to exercise supplemental jurisdiction over plaintiff's state law claims.

The motion to extend time is made pursuant to Federal Rule of Civil Procedure 6(b). As plaintiff states in his response to the motion, Rule 6(b) requires movant to show good cause for the requested extension. Camp Stewart has not shown good cause for the requested extension. Rule 26(a)(1)(A) requires parties to provide only basic information: persons with discoverable information, documents supporting defenses, damage computations, and insurance agreements. There is no suggestion that providing this information presents an unreasonable burden on Camp Stewart, particularly because the pending motion to dismiss is essentially about whether the parties' dispute is

1

resolved in a federal forum...or another court, and does not test the underlying merit of plaintiff's claims. In this situation, good cause does not support the requested extension of time to provide the disclosures.

Nevertheless, the disclosures are presently due on June 24. The interests of justice and the pendency of this motion warrant a brief extension of the initial disclosure deadline.

Accordingly, it is ORDERED that the motion to extend time is DENIED insofar as it requests an extension until 30 days after ruling on the motion to dismiss, and GRANTED insofar as the time for serving disclosures is extended until July 8, 2011.

**SIGNED** on June 21, 2011.

NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE