UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| C.W., as Next Friend of <br> C.W., a Minor, <br> <br> Plaintiff, <br> v. <br> <br> SCOTT ASH JAMES ZIRUS, <br> CAMP STEWART FOR BOYS, INC., <br> AMERICAN INSTITUTE FOR FOREIGN <br> STUDY, INC., d/b/a CAMP AMERICA, <br> <br> Defendants. | §§§§§§§§§§§§§ | CIVIL ACTION NO. <br> <br> SA-10-CV-1044 OG (NN) |

### ORDER GRANTING MOTION TO QUASH (#93)

The matter before the Court is plaintiff's motion to quash and for protective order. The motion concerns a deposition on written questions defendant American Institute for Foreign Study directed to plaintiff's employer for plaintiff's personnel file. In her motion, plaintiff explicitly states that she is not seeking lost wages as an element of recovery in this case.

Based on plaintiff's explicit statement, I conclude that the information sought through this discovery is not relevant to a claim or issue that is or may be in the case. Accordingly, the motion to quash and for protective order is GRANTED.

**SIGNED** on January 20, 2012.

_____
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE